**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 13, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00696-CV

---

## GLENNLOCK FOODS, LTD D/B/A FRENCHY'S AND AARON GLENN, Appellants

### V.

## WRI-AEW LONE STAR RETAIL PORTFOLIO, INC., Appellee

---

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2011-51770**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 27, 2012. On October 31, 2012, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.